UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

-------------------------------------------------------------------------x

SEAMUS JOHNSTON,

                Plaintiff,

- against -

UNIVERSITY OF PITTSBURGH OF THE COMMONWEALTH SYSTEM OF HIGHER EDUCATION d/b/a UNIVERSITY OF PITTSBURGH, ERIC KINSEY, MARK A. NORDENBERG, JEM SPECTAR, MATTHEW UPDYKE, NANCY TURNER, DANIEL W. DUNN, PAUL J. EASH, DOES 1 THROUGH 10,

                Defendants.

CIVIL ACTION
No. 3:13-cv-00213 (KRG)

JUDGE KIM R. GIBSON

-------------------------------------------------------------------------x

**NOTICE OF APPEAL**

Notice is hereby given that Seamus Johnston, Plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the Third Circuit from the Memorandum Opinion and Order of the District Court, entered March 31, 2015, dismissing the above-captioned action (Dkt. No. 43).

Dated:  New York, New York
         April 22, 2015

                                        s/ Mark Siegmund
                           Mark Siegmund (*pro hac vice*) (NY4706784)
                           Jesse Ryan Loffler (*pro hac vice*) (NY5004254)
                           FRIED, FRANK, HARRIS, SHRIVER
                            & JACOBSON LLP
                           One New York Plaza
                           New York, NY 10004
                           Telephone No.: 212-859-8000
                           Facsimile No.: 212-859-4000
                           Email: mark.siegmund@friedfrank.com
                                        jesse.loffler@friedfrank.com

Howard H. Stahl (*pro hac vice*) (DC168989)
Roxanne Lepore* (DC1007941)
Jessica Klein* (DC1007940)
FRIED, FRANK, HARRIS, SHRIVER
 & JACOBSON LLP
801 17th Street, N.W.
Washington, D.C. 20006
Telephone No.:   202-639-7000
Facsimile No.:   202-639-7003

\* *Not admitted to practice in the Western District of Pennsylvania*

Ilona M. Turner (*pro hac vice*)
Sasha J. Buchert (*pro hac vice*)
TRANSGENDER LAW CENTER
1629 Telegraph Ave., Suite 400
Oakland, CA 94612
Phone: 415-865-0176, ext. 304
Facsimile: 877-847-1278
Email:  ilona@transgenderlawcenter.org
            sasha@transgenderlawcenter.org


*Counsel for Plaintiff Seamus Johnston*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2015, a true and correct copy of plaintiff's Notice of Appeal was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel for defendants:

Martha Hartle Munsch
Kim M. Watterson
Reed Smith LLP
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA  15222-2716
Phone: (412) 288-4118
Facsimile: (412) 288-3063
mmunsch@reedsmith.com
kwatterson@reedsmith.com
*Counsel for Defendants University
  of Pittsburgh, et al.*

Patrick T. Noonan
University of Pittsburg of the Commonwealth
  System of Higher Education
Office of General Counsel
1710 Cathedral of Learning
4200 Fifth Avenue
Pittsburgh, PA  15260
Phone:  (412) 624-6282
Facsimile:  (412) 624-1606
noonan@pitt.edu
*Counsel for Defendants University
  of Pittsburgh, et al.*

By:   ___s/ Mark Siegmund_____

Mark Siegmund (*pro hac vice*) (NY4706784)
FRIED, FRANK, HARRIS, SHRIVER
 & JACOBSON LLP
One New York Plaza
New York, NY 10004
Telephone No.: 212-859-8000
Facsimile No.: 212-859-4000
Email:  mark.siegmund@friedfrank.com

9804161